737 A.2d 1135

IN THE MATTER OF CHARLES L. FEELY,
AN ATTORNEY AT LAW.

October 8, 1999.

## ORDER

The Disciplinary Review Board having filed with the Court a report recommending that by way of reciprocal discipline **CHARLES L. FEELY** of **NEW YORK, NEW YORK,** who was admitted to the bar of this State in 1985, and who thereafter was

temporarily suspended from practice by Order of the Court dated September 26, 1999, and who remains suspended at this time, be disbarred on the basis of respondent's disbarment in the State of New York for the knowing misappropriation of client funds;

And **CHARLES L. FEELY** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **CHARLES L. FEELY** be disbarred, effective immediately, and that his name be stricken from the roll of attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that **CHARLES L. FEELY** be and hereby is permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.